# UNITED STATES DISTRICT COURT

for the
Eastern District of Tennessee

| | |
|---|---|
| **SHERI BUTLER BROCKINGTON, on behalf of herself and others similarly situated** <br><br> *Plaintiff* <br><br> v. <br><br> **Sweet Emmaline Cheesecakes Franchise, LLC** <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) )  Civil Action No. 1:26-cv-00065 |

## AFFIDAVIT OF SERVICE

I, Brian Muzila, state:

I am a Private Process Server, 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Sweet Emmaline Cheesecakes Franchise, LLC in Bradley County, TN on March 14, 2026 at 11:36 am at 4488 Frontage Rd NW, Cleveland, TN 37312-2903 by leaving the following documents with Brian Patterson who as OWNER is authorized by appointment or by law to receive service of process for Sweet Emmaline Cheesecakes Franchise, LLC.

SUMMONS, CIVIL COVER SHEET, COMPLAINT - CLASS ACTION

Additional Description:
Brian Patterson. 4234645019
Race: White, Sex: Male, Est. Age: 45-54, Hair: Brown, Glasses: N, Est. Weight: 160 lbs to 180 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=35.2154438414,-84.867927789
Photograph: See Exhibit 1

Total Cost: $131.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Hamilton County ,

TN on 3/16/2026 .

/s/ *Brian Muzila*

Signature
Brian Muzila
+1 (423) 558-6347



Exhibit 1a)

Proof Job #1615821 | Serve #SRV-BWCCPPK