UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

SHERI BUTLER BROCKINGTON,

     Plaintiff,

v.

SWEET EMMALINE CHEESECAKES
FRANCHISE, LLC,

     Defendant.

No. 1:26-cv-00065-TRM-MJD

---

**DEFENDANT SWEET EMMALINE CHEESECAKES FRANCHISE, LLC'S
MOTION TO DISMISS**

---

Sweet Emmaline Cheesecakes Franchise, LLC ("Sweet Emmaline") moves this Court to dismiss Plaintiff's claims pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure because the Complaint fails to state a claim under the Telephone Consumer Protection Act ("TCPA"), and as such, this Court should grant Defendant's instant Motion and dismiss this matter with prejudice.

## CERTIFICATE OF COMPLIANCE WITH MEET-AND-CONFER REQUIREMENT

This certifies that counsel for Sweet Emmaline Cheesecakes Franchise, LLC complied with the Court's Order Governing Motions to Dismiss (Doc. 3) by conferring with Plaintiff's counsel regarding the grounds for dismissal raised in this motion. Counsel failed to reach agreement that Plaintiff's Complaint is deficient or that any deficiencies are curable by a permissible amendment.

MILLER & MARTIN PLLC

*/s/ Bradford G. Harvey*

Respectfully submitted,

MILLER & MARTIN PLLC

By:     */s/ Bradford G. Harvey*
        Bradford G. Harvey, BPR No. 17393
        J. Andrew Whitten, BPR No. 40215

Suite 1200, Volunteer Building
832 Georgia Avenue
Chattanooga, TN 37402
Telephone: (423) 756-6600
Facsimile: (423) 785-8480
Email: brad.harvey@millermartin.com
        andrew.whitten@millermartin.com

*Attorneys for Defendant Sweet Emmaline Cheesecakes Franchise, LLC*

3

## CERTIFICATE OF SERVICE

I hereby certify that on **June 8, 2026**, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

By:     */s/ Bradford G. Harvey*
        Bradford G. Harvey