UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

SHERI BUTLER BROCKINGTON,

     Plaintiff,

v.                                                                    No. 1:26-cv-00065-TRM-MJD

SWEET EMMALINE CHEESECAKES
FRANCHISE, LLC,

     Defendant.

## CORPORATE DISCLOSURE STATEMENT

I, the undersigned, counsel of record for Defendant Sweet Emmaline Cheesecakes Franchise, LLC certify to the best of my knowledge and belief:

    X        My client has no corporate interests to be certified under Federal Rule of Civil Procedure 7.1.

    ☐        My client has the following parent corporations: None.

    ☐        The following publicly held corporation(s) own 10% or more of my client's stock: No other entity owns 10% or more of its stock.


    __/s/ Bradford G. Harvey_____          __June 8, 2026_____
    (Signature of Counsel)                   (Date)

Respectfully submitted,

MILLER & MARTIN PLLC

By:     */s/ Bradford G. Harvey*
        Bradford G. Harvey, BPR No. 17393
        J. Andrew Whitten, BPR No. 40215

Suite 1200, Volunteer Building
832 Georgia Avenue
Chattanooga, TN 37402
Telephone: (423) 756-6600
Facsimile: (423) 785-8480
Email: brad.harvey@millermartin.com
        andrew.whitten@millermartin.com

*Attorneys for Defendant Sweet Emmaline Cheesecakes*
*Franchise, LLC*

2

# CERTIFICATE OF SERVICE

I hereby certify that on **June 8, 2026**, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

By:   */s/ Bradford G. Harvey*
Bradford G. Harvey

3