UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

SHERI BUTLER BROCKINGTON,

     Plaintiff,

v.

SWEET EMMALINE CHEESECAKES
FRANCHISE, LLC,

     Defendant.

No. 1:26-cv-00065-TRM-MJD

---

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF SWEET EMMALINE CHEESECAKES FRANCHISE, LLC'S MOTION TO DISMISS**

---

Sweet Emmaline Cheesecakes Franchise, LLC hereby submits this Notice of Supplemental Authority to demonstrate that a new appellate opinion further confirms the Court should dismiss Plaintiff's Telephone Consumer Act ("TCPA") claim. Plaintiff's Opposition tried to minimize *Jones v. Blackstone Medical Services*, 792 F.Supp 3d 894 (C.D. Ill. 2025), by noting that it was "currently on appeal before the Seventh Circuit." That appeal is no longer pending. The Seventh Circuit affirmed dismissal, stating, "Based on the ordinary public meaning of telephone call at the time of the TCPA's enactment . . . texts are not calls, so § 227 (c)(5) does not authorize the plaintiffs' suit." *Steidinger v. Blackstone Med. Servs.*, 182 F.4th 532, 535 (7th Cir. 2026), *aff'g sub. nom. Id.*

The court did not stop there. It rejected the same arguments Plaintiff advances here: that the TCPA's privacy purpose can override the statutory text; that the FCC's contrary interpretation controls after the Supreme Court's decisions in *Loper Bright* and *McLaughlin*; that text messages are covered by § 227(c)(4) because other courts have treated texts as calls under § 227(b); and that Congress's later references to "text message" elsewhere in the TCPA somehow expand § 227(c)(5).

1

*Id.* at 536–39.  The Seventh Circuit instead relied on the statute's contemporaneous meaning and structure, explaining that Congress used "text message" when it meant text message and chose not to use that term in § 227(c)(5).  *Id.*  This new authority from the Seventh Circuit further confirms what Sweet Emmaline argued from the outset: Plaintiff cannot manufacture a private TCPA claim under § 227(c)(5) from text messages alone.

Respectfully submitted,

MILLER & MARTIN PLLC

By:    */s/ Bradford G. Harvey*
      Bradford G. Harvey, BPR No. 17393
      J. Andrew Whitten, BPR No. 40215

Suite 1200, Volunteer Building
832 Georgia Avenue
Chattanooga, TN 37402
Telephone: (423) 756-6600
Facsimile: (423) 785-8480
Email: brad.harvey@millermartin.com
       andrew.whitten@millermartin.com

*Attorneys for Defendant Sweet Emmaline Cheesecakes Franchise, LLC*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 14, 2026, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

By: */s/ Bradford G. Harvey*
Bradford G. Harvey