**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| SHERI BUTLER BROCKINGTON,<br><br>*Plaintiff*,<br><br>v.<br><br>SWEET EMMALINE CHEESECAKES FRANCHISE, LLC,<br><br>*Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:26-cv-65<br><br>Judge Travis R. McDonough<br><br>Magistrate Judge Michael J. Dumitru |

---

**ORDER**

---

Before the Court is Plaintiff Sheri Butler Brockington's notice of settlement (Doc. 19). The parties are **ORDERED** to file a stipulation of dismissal on or before **October 23, 2026**. The parties are hereby **ON NOTICE** that the Court will dismiss this action pursuant to Rule 41(b) if they fail to meet this deadline.

**SO ORDERED.**

/s/ ***Travis R. McDonough***
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**