**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| SHERI BUTLER BROCKINGTON, on behalf of herself and others similarly situated, | : | CIVIL ACTION FILE NO. 1:26-cv-00065-TRM-MJD |
| Plaintiff, | : | |
| v. | : | |
| SWEET EMMALINE CHEESECAKES FRANCHISE, LLC | : | |
| Defendant. | : | |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiff files this Notice of Voluntary Dismissal with Prejudice pursuant to Fed. R. Civ. P.41(a)(1)(A). The putative class allegations are dismissed without prejudice.

RESPECTFULLY SUBMITTED this 28th day of September, 2026.

Respectfully submitted,

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com