**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| SHERI BUTLER BROCKINGTON, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SWEET EMMALINE CHEESECAKES FRANCHISE, LLC<br><br>Defendant. | : | CIVIL ACTION FILE NO. 1:26-cv-00065-TRM-MJD |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Sheri Butler Brockington and Defendant Sweet Emmaline Cheesecakes Franchise, LLC, by and through their undersigned counsel, hereby stipulate to the dismissal of this action. Plaintiff's individual claims are dismissed with prejudice, and the claims of the putative class are dismissed without prejudice. Each party shall bear its own attorneys' fees and costs.

Dated: October 2, 2026 PLAINTIFF

*/s/ Anthony I. Paronich*

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

41644172v1

DEFENDANT

*/s/ Bradford G. Harvey*

Bradford G. Harvey, BPR No. 17393
J. Andrew Whitten, BPR No. 40215
Miller & Martin PLLC
Suite 1200, Volunteer Building
832 Georgia Avenue
Chattanooga, TN 37402
Telephone: (423) 756-6600
Facsimile: (423) 785-8480
brad.harvey@millermartin.com
andrew.whitten@millermartin.com